UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:17-cv-609-BR

FLECHERLENE MCNEILL,

    Plaintiff,

v.

FAYETTEVILLE STATE UNIVERSITY,

    Defendant.

**ORDER**

THIS CAUSE comes before the Court on the parties' JOINT MOTION TO STAY DISCOVERY. It appearing that good cause exists to support the motion, it is therefore ORDERED that discovery shall be stayed pending the court's disposition of Defendant's motion to dismiss. The parties' deadline to make initial disclosures pursuant to Rule 26(a)(1) and to confer pursuant to Rule 26(f) is hereby extended for a period of fourteen (14) days following the court's disposition of Defendant's pending motion to dismiss. The parties shall file their proposed discovery plan with the court within fourteen (14) days following the Rule 26(f) conference.

This 24th day of May 2018.

_____
KIMBERLY A. SWANK
United States Magistrate Judge